```
         FILED           RECEIVED
         ENTERED         SERVED ON
                  COUNSEL/PARTIES OF RECORD

              JUL 1 4 2010

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:                          DEPUTY
```

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

ROY ALAN O'GUINN,

      Plaintiff,

vs.

LOVELOCK CORRECTIONAL CENTER, *et al*,

      Defendants.

3:09-cv-00684-RCJ-RAM

ORDER

      Plaintiff Roy O'Guinn has submitted a civil rights complaint pursuant to 42 U.S.C. § 1983. He has also submitted or filed various documents entitled Judicial Notice (docket #1-4 and #4) which appear to be addendums to the complaint and a motion for correction (docket #3). The motion for correction relates to a case that has been dismissed with leave to open this action. It is moot and shall be denied on that basis.

      Amendments to a complaint must be fully and completely incorporated into the complaint itself or they will not be considered. LR 15.-1. Before the court screens the complaint pursuant to 29 U.S.C. § 1915, the court will allow plaintiff an opportunity to amend the complaint to incorporate all the facts, allegations, and issues that he wishes the court to consider. Information presented in documents such as the Judicial Notices currently before the court will not be considered.

1   **IT IS THEREFORE ORDERED** that plaintiff's Motion for Correction (docket #3) and
2   Motion to Add a 2d Judicial Notice (docket #4) are **DENIED.**
3   **IT IS FURTHER ORDERED** that the Clerk shall **send to plaintiff a** civil rights
4   complaint form and instructions and shall return to plaintiff the documents attached to his Motion to Add
5   a 2nd Judicial Notice (docket #4).
6   **IT IS FURTHER ORDERED** that plaintiff shall have thirty (30) days to file an
7   amended complaint incorporating all facts, issues and allegations into a single document.
8   **IT IS FURTHER ORDERED** that plaintiff's failure to file an amended complaint will
9   result in the court's review of the complaint submitted November 23, 2009 without consideration of the
10  documents entitled Judicial Notice.
11  DATED: July 14, 2010.

_____
UNITED STATES MAGISTRATE JUDGE