

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROY ALAN O'GUINN, | 3:09-cv-684-RCJ (RAM) |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | December 6, 2010 |
| SENIOR CORRECTIONAL OFFICER TIMOTHY TOOKER, et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE ROBERT A. McQUAID, JR.</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: <u>JENNIFER COTTER</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

     Plaintiff has filed a Motion Identifying the Unserved Defendants and to Request the Issuance of a Summons and Specify the Full Name and Addresses of the Three Defendants (Doc. #22).

     On December 2, 2010, the Office of the Attorney General filed a Notice of Acceptance of Service on behalf of all Defendants (Doc. #20).

     Plaintiff's Motion Identifying the Unserved Defendants and to Request the Issuance of a Summons and Specify the Full Name and Addresses of the Three Defendants (Doc. #22) is **DENIED**.

     **IT IS SO ORDERED.**

                                            LANCE S. WILSON, CLERK
                                            By:_____/s/_____
                                                  Deputy Clerk