# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROY ALAN O'GUINN,<br><br>  Plaintiff,<br><br>  v.<br><br>SENIOR CORRECTIONAL<br>OFFICER TIMOTHY TOOKER, *et al.*,<br><br>  Defendants. | 3:09-CV-00684-RCJ-WGC<br><br>**ORDER** |

Before the Court is the Report and Recommendation of U.S. Magistrate Judge Robert A. McQuaid, Jr., (ECF No. 51) entered on August 2, 2011, recommending that Defendants' Motion for Summary Judgment (ECF No. 28) be granted and Plaintiff's Fed.R.Civ.P. 56(f) Motion (ECF No. 38) be denied. Plaintiff filed his Objection to the Report and Recommendation of U.S. Magistrate Judge contained in (ECF No. 57 beginning on page 44) and Defendants filed their response to Plaintiff's Objection to the Report and Recommendation of U.S. Magistrate Judge (ECF No. 59) on September 13, 2011.

The Court has conducted it's *de novo* review in this case, has fully considered the objections of the Plaintiff, the pleadings and memoranda of the parties and other relevant matters of record pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule IB 3-2. The Court determines that the Magistrate Judge's Report and Recommendation (ECF No. 51) entered on August 2, 2011, should be adopted and accepted.

IT IS HEREBY ORDERED that Defendants' Motion for Summary Judgment (ECF No. 28) is GRANTED and Plaintiff's Fed.R.Civ.P.56(f) Motion (ECF No. 38) is DENIED. The Clerk of the Court shall enter judgment accordingly.

DATED: this 13th of September, 2011.

_____
ROBERT C. JONES
UNITED STATES DISTRICT CHIEF JUDGE