AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

_____*****_____DISTRICT OF___NEVADA_____

ROY ALAN O'GUINN,

              Plaintiff,

V.

SENIOR CORRECTIONAL
OFFICER TIMOTHY TOOKER, et al.,

              Defendants.

## JUDGMENT IN A CIVIL CASE

CASE NUMBER: 3-09-cv-684-RCJ-WGC

__    **Jury Verdict.** This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

__    **Decision by Court.** This action came to trial or hearing before the  Court.  The issues have been tried or heard and a decision has been rendered.

**XX**    **Decision by Court.** This action came to be considered before the Court.  The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

Defendants' Motion for Summary Judgment is granted.

  September 15, 2011  

  **LANCE S. WILSON**  
Clerk

  /s/  Lia Griffin      
Deputy Clerk