AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****      DISTRICT OF    NEVADA

ROY ALAN O'GUINN,

       Plaintiff,            **JUDGMENT IN A CIVIL CASE**

   V.

                           CASE NUMBER: 3-09-cv-684-RCJ-WGC

SENIOR CORRECTIONAL
OFFICER TIMOTHY TOOKER, et al.,

       Defendants.

___    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___    **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**XX**    **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED**

     Defendants' Motion for Summary Judgment is granted.

   September 15, 2011                   **LANCE S. WILSON**
                                         Clerk

                                 /s/ Lia Griffin
                                       Deputy Clerk