FILED ___ ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

SEP 2 0 2011

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ROY A. OGUINN, ) | 3:09-CV-684-RCJ (WGC) |
| Plaintiff, ) | **MINUTES OF THE COURT** |
| vs. ) | September 20, 2011 |
| LOVELOCK CORRECTIONAL CENTER, ) et al., ) | |
| Defendants. ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: __JENNIFER COTTER__   REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

The court has received plaintiff's Motion for Leave to File a Motion (Doc. #64).

On September 13, 2011, the Hon. Robert C. Jones granted Defendants' Motion for Summary Judgment and denied Plaintiff's Motion for Summary Judgment (Doc. #62). On September 15, 2011, the court entered judgment in favor of Defendants and dismissed this case (Doc. #63).

This case is closed and the court shall take no further action. Therefore, the Clerk shall **STRIKE** and **RETURN** Plaintiff's Motion filed on September 16, 2011 (Doc. #64).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By: _____/s/_____
Deputy Clerk